# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:19-cv-01298-LCB |
| | ) |
| **G&G QUICK STOP, LLC, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, John Smith ("Plaintiff"), by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) *Fed. R. Civ. P.*, hereby files this Notice of Dismissal of this action without prejudice.

WHEREFORE, premises considered, Plaintiff hereby files this Notice of Dismissal of this action without prejudice.

Respectfully Submitted, this the 25th day of January 2021.

*/s/ Cassie E. Taylor*
Cassie E. Taylor
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: (334) 819-4030
Facsimile: (334) 819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*